Daniel, Judge,
 

 delivered the opinion of the Coiirt:
 

 The Defendant had obtained a licence under the act of Congress passed 24th July, 1813, which laid a tax on stills according to their
 
 capacity.
 
 The act of 21st December, 1814, laid a duty of twenty cents on every gallon of
 
 spirits distilled,
 
 in addition to duties payable for licences. The objects of taxation in the two acts are different, and there is no constitutional objection to enforcing the provisions of the last act against the Defendant. The circumstance of his having a licence under the first act, did not exempt the spirits distilled from the duties imposed by the last act. Nor do I see that the contract (if the licence be considered as constituting one) between the United States and the Defendant, is impaired by enforcing the provisions of the last act: for, in addition to the circumstance that the objects of taxation are different, and each a fair one, if the exigencies of the country demanded a revenue from them, a provision is made in the 17th section of the act of 1814, to relieve the Defendant and others in his situation from, the duties under the licence, from the time of notifying the Collector of the fact, provided he gave such notice, and desisted from stilling before the first February, 1815. if he did not desist from stilling, and has thought proper to proceed, he has become liable to pay the duties laid by both acts j and there being no presumption that the judgment is for a huger sum than what is due to the United States, the certiorari must be dismissed.